IN THE DISTRICT COURT OF THE UNITED STATES

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

RECEIVED
USDC. CLERK, CHARLESTON, SC

2008 APR 28  A II: 25

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 2:08-330 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER FOR BENCH WARRANT** |
| SCOTT WILSON | ) | |

It appears to the Court that the defendant, **SCOTT WILSON**, was indicted by the Grand Jury on April 8, 2008, issued a summons, and failed to appear for arraignment on April 23, 2008. Now, on motion of the United States Attorney for the District of South Carolina, it is

ORDERED that the Clerk of Court forthwith issue under the seal of this Court, a Warrant directed to the Marshal, Probation Officer or any other lawful officer of this district or any district for the apprehension and arrest of the defendant, **SCOTT WILSON**, such warrant to direct that he be arrested and brought before this Court to be dealt with as the Court may further order. Let the United States Marshal for this District be furnished with the aforesaid Warrant of Arrest.

GEORGE C. KOSKO
UNITED STATES MAGISTRATE JUDGE

Charleston, South Carolina

April 28, 2008.

2008 APR 28  A 10: 5
DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON, SC
RECEIVED CLERK'S OFFICE

I SO MOVE:

ACTING KEVIN F. McDONALD
UNITED STATES ATTORNEY

*s:/M. Rhett DeHart*
M. Rhett DeHart
151 Meeting Street, Suite 200
Charleston, South Carolina 29401
Tel. (843) 266-1655