# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

### CHARLESTON   DIVISION

UNITED STATES OF AMERICA

vs.                                                    **CASE 2:08-330**

## SCOTT WILSON

### PLEA

The Defendant  SCOTT WILSON  acknowledges receipt of a copy of the

**INDICTMENT** and after arraignment pleads not guilty in open court.

_____
(Signed)     Defendant

June 4, 2008
CHARLESTON,  South Carolina